ACCEPTED
01-15-00544-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 10:00:18 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00544-CV

# In the First Court of Appeals
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 10:00:18 AM
CHRISTOPHER A. PRINE
Clerk

TERRY NEFF AND IRON WORKERS MID-SOUTH PENSION FUND, DERIVATIVELY ON BEHALF OF WEATHERFORD INTERNATIONAL LTD.,

*Appellants*,

v.

NICHOLAS F. BRADY, DAVID J. BUTTERS, WILLIAM E. MACAULAY, ROBERT B. MILLARD, ROBERT K. MOSES, JR., ROBERT A RAYNE, BERNARD J. DUROC-DANNER AND BRUCE M. MARTIN,

*Appellees*,

Appeal from the 270th Judicial District Court, Harris County, Texas

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Joe Kendall
SBN 11260700
Jamie J. McKey
SBN 24045262
KENDALL LAW GROUP, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com
T: (214) 744-3000/ F: (214) 744-3015

George C. Aguilar
CA SBN 126535
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
gaguilar@robbinsarroyo.com
T: (619) 525-3990/ F:  (619) 525-3991

ATTORNEYS FOR APPELLANTS

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, Appellants Terry Neff and Iron Workers Mid-South Pension Fund ("Appellants") respectfully request a thirty-day extension of the deadline to file their brief, up to and including November 20, 2015. In support thereof, Appellants would show as follows:

## I.   FACTS

1.     Appellants filed their notice of appeal on June 15, 2015, and submitted their Request for the Preparation and Filing of the Clerk's Record the next day. Item 32 of the Request sought "Plaintiffs' Supplemental Brief in Opposition to the Non-Resident Director Defendants' Special Appearance and all exhibits attached thereto, filed *in camera* on May 1, 2015."

2.     On July 7, 2015, nominal defendant Weatherford International Ltd. ("Weatherford") submitted its Request for Additional Items in the Clerk's Record. Item 1 of Weatherford's Request sought "Plaintiff Ken Hess's Shareholder Derivative Petition, filed June 30, 2010" (the "Hess Petition"). Item 3 of Weatherford's Request sought "Plaintiff Mona Rosner's Shareholder Derivative Petition, filed July 30, 2010" (the "Rosner Petition").

3.     The Clerk's Record was filed on August 21, 2015.

4.     Upon review of the Clerk's Record and the docket for this appeal, it appeared that the briefing and exhibits submitted to the trial court for *in camera* review, which Appellants requested in Item 32 of the Request, had not been

1

transmitted or otherwise provided to this Court as part of the record on appeal. In addition, the Hess and Rosner Petitions requested by Weatherford were also not included in the Clerk's Record.

5. In order to ensure that the Court has the full and complete record before it, Appellants have been working with the trial court clerk to supplement the record. On September 10, 2015, Appellants and Weatherford submitted a Joint Request for Supplemental Clerk's Record ("Joint Request to Supplement") requesting that the record be supplemented with the above-identified documents in accordance with Texas Rule of Appellate Procedure 35.5(c).

6. The same day, in order to provide sufficient time to ensure the completeness of the record and prepare their brief citing thereto, the parties filed an agreed motion requesting that:

(a) Appellants' deadline to file their brief be extended by thirty days, up to and including October 21, 2015; and

(b) Appellees' deadline to file their brief be extended thirty days, up to and including December 21, 2015.

7. The agreed motion was granted by this Court on September 11, 2015. On multiple occasions between September 10 and September 28, 2015, counsel for Appellants made numerous phone calls to the trial court clerk and the Harris County District Clerk record department regarding the parties' Joint Request to Supplement.

Ultimately, the trial clerk requested that Appellants obtain an order from the trial court judge allowing the clerk's office to image the briefing and exhibits submitted to the trial court for *in camera* review and then forward the documents to this Court under seal.

8. After conferring with Defendants as required by the Texas Rules of Civil Procedure, on October 6, 2015, Appellants filed an Agreed Motion to Image *In Camera* Document and Forward to the First Court of Appeals Under Seal ("Motion to Image"), seeking the order requested by the trial court clerk's office.

9. As of the date of this filing, the Motion to Image has not yet been ruled on. Consequently, the record in this appeal remains incomplete.

10. In light of the foregoing, Appellants request that the deadline for filing their brief be extended thirty days, thereby making Appellants' brief due by November 20, 2015, and Appellees' brief due by January 20, 2015.

11. As noted above, this is Appellants' second request for an extension.

12. Counsel for Appellants have conferred with counsel for Appellees regarding this motion and the relief request herein. Appellees do not oppose the requested extension.

## II.    PRAYER

For these reasons, Appellants respectfully request that the Court grant this motion and extend the deadline for their brief by 30 days, making Appellants' brief due by November 20, 2015, and Appellees' brief due by January 20, 2015.

Dated: October 15, 2015                    Respectfully submitted,

KENDALL LAW GROUP, LLP

/s/ Joe Kendall
**Joe Kendall** (State Bar No. 11260700)
**Jamie J. McKey** (State Bar No. 24045262)
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

ROBBINS ARROYO LLP
**George C. Aguilar** (admitted *pro hac vice*)
CA SBN 126535
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
gaguilar@robbinsarroyo.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
**Travis E. Downs III**

4

**Benny C. Goodman III**
**Erik W. Luedeke**
655 West Broadway, Suite 1900
San Diego, CA 92101
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I hereby certify that counsel for Appellants conferred with counsel for Appellees regarding Appellants' Motion for Extension of Time to File Appellants' Brief. Counsel for Appellees stated that Appellees do not oppose the motion.

/s/ Jamie J. McKey
**Jamie J. McKey**

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, a true and correct copy of the foregoing motion was served on the following counsel in the manner indicated:

James A. Reeder, Jr.
Jeffrey S. Johnston
Stacy M. Neal
Nicholas Shum
Stephanie Miller
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX 77002
jreeder@velaw.com
jjohnston@velaw.com
sneal@velaw.com
nshum@velaw.com
smiller@velaw.com
**VIA E-FILE AND E-MAIL**

N. Scott Fletcher
Elizabeth G. Myers
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
sfletcher@jonesday.com
egmyers@jonesday.com
**VIA E-FILE AND E-MAIL**

Robert S. Bennett
Ellen Kennedy
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
robert.bennett@hoganlovells.com
ellen.kennedy@hoganlovells.com
**VIA E-FILE AND E-MAIL**

Rebecca N. Brandt
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX 77002
rebecca.brandt@lw.com
**VIA E-FILE AND E-MAIL**

Peter A. Wald
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
peter.wald@lw.com
**VIA E-FILE AND E-MAIL**

Kevin H. Metz
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
kevin.metz@lw.com
**VIA E-FILE AND E-MAIL**

Noelle M. Reed
Charles W. Schwartz
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
noelle.reed@skadden.com
charles.schwartz@skadden.com
**VIA E-FILE AND E-MAIL**

/s/ Jamie J. McKey
**Jamie J. McKey**